Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WARD,<br><br>            Plaintiff,<br><br>       vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | Case No.  08 CV 02942 MCE-GGH<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiff, ROBERT WARD, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on December 2, 2008. NCO filed its responsive pleading on December 31, 2008. ROBERT WARD filed a Notice of Acceptance of NCO's Offer of Judgment on February 9, 2009. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to vacate any judgment entered

PDF created with pdfFactory trial version www.pdffactory.com

pursuant to the Offer of Judgment, and dismiss the entire action with prejudice. The Court has not yet entered judgment in this matter.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 3/17/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 3/17/09          KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Susan Davis

IT IS SO ORDERED.

Dated:   March 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com